# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-044-659**

**Effective Date of Registration:**
April 10, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, John Keatley Published Photographs, 2017_Q1, Published Jan. 01, 2017 to Mar. 31, 2017; 69 photos. |
| **Content Title:** | John_Keatley_2016_Keatley_Family, _KEA2371, _MG_9347, _MG_9521, _MG_9383 (published January 01, 2017); SPU_4539836, SPU_4539864 (published January 06, 2017); John_Keatley_Print_Mag_Morla_Vanderbyl, John_Keatley_Print_Mag_Roman_Mars, John_Keatley_Print_Mag_Roman_Mars_0097, John_Keatley_Print_Mag_Robin_Petravic_Catherine_Bailey, John_Keatley_Print_Mag_Rena_Tom, John_Keatley_Print_Mag_Pratt_Olmos_Mok, John_Keatley_Print_Mag_Paul_MaNaughton, John_Keatley_Print_Mag_Jessica_Hirsche, John_Keatley_Print_Mag_higgins_singer_silverman, John_Keatley_Print_Mag_Marinovich_Edmondson_Stone, John_Keatley_Print_Mag_Emily_Levine, John_Keatley_Print_Mag_Elle_Lunna, John_Keatley_Print_Mag_Elle_Lunna_0147_color, John_Keatley_Print_Mag_Design_Action, John_Keatley_Print_Mag_Deanna_Van_Buren, John_Keatley_Print_Mag_Coles_Nichols_Villanova, John_Keatley_Print_Mag_Clement_Mok, John_Keatley_Print_Mag_Mak_Azadi, John_Keatley_Print_Mag_Madrigal_Rich_Edwards_McCray_Horowitz_2, John_Keatley_Print_Mag_Madrigal_Rich_Edwards_McCray_Horowitz_1, John_Keatley_Print_Mag_Liz_Ogbu, John_Keatley_Print_Mag_Leo_Jung, John_Keatley_Print_Mag_Laruel_Braitman, John_Keatley_Print_Mag_Chase_Jarvis, John_Keatley_Print_Mag_Caroline_Paul, John_Keatley_Print_Mag_Brian_Singer, John_Keatley_Print_Mag_Blooma_Goldberg, John_Keatley_Print_Mag_Bekman_Hewitt_Tom_Putman, John_Keatley_Print_Mag_Becker_Luckhurst_Turner_Chen, John_Keatley_Print_Mag_Anne_Guidice_Gebbia, John_Keatley_Print_Mag_Wendy_MaNaughton, John_Keatley_Print_Mag_Tim_Ferris_0187, John_Keatley_Print_Mag_Tim_Ferris_0091, John_Keatley_Print_Mag_Tim_Ferris_0032, John_Keatley_Print_Mag_Tiffany_Shlain_Ken_Goldberg, John_Keatley_Print_Mag_Simmons_Blumenfeld_Brink_Osborne, John_Keatley_Print_Mag_Scott_Kraft, John_Keatley_Print_Mag_Scott_Dadich_0069, John_Keatley_Print_Mag_Jen_Daniel (published January 19, 2017). |

John_Keatley_Print_Mag_McCormick_Scott_Hamlett_Asari_Braitman (published January 19, 2017); John_Keatley_Erin_Scannell_0033, John_Keatley_Erin_Scannell_0048, John_Keatley_Erin_Scannell_0051 (published February 27, 2017); John_Keatley_J_Silverman_0017_copy, John_Keatley_Jeff_Bezos_0447, John_Keatley_Jeff_Bezos_0433, John_Keatley_Jeff_Bezos_0423, John_Keatley_Jeff_Bezos_0419, John_Keatley_Jeff_Bezos_0416, John_Keatley_Jeff_Bezos_0377, John_Keatley_Jeff_Bezos_0370, John_Keatley_Jeff_Bezos_0141, John_Keatley_Jeff_Bezos_0115, John_Keatley_Jeff_Bezos_0100, John_Keatley_Jeff_Bezos_0097, John_Keatley_Jeff_Bezos_0091, John_Keatley_Jeff_Bezos_0066, John_Keatley_Jeff_Bezos_0056, John_Keatley_Jeff_Bezos_0476, John_Keatley_Jeff_Bezos_0471, John_Keatley_Jeff_Bezos_0458, John_Keatley_Jeff_Bezos_0455 (published March 31, 2017).

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** John Keatley
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** John Keatley
4701 SW Admiral Way #183, Seattle, WA, 98116, United States



## Rights and Permissions

**Name:** John Keatley
**Email:** nichelle@keatleyphoto.com
**Telephone:** (206)683-9121
**Address:** 4701 SW Admiral Way #183
Seattle, WA, 98116 United States

## Certification

**Name:** Joe G. Naylor
**Date:** April 10, 2017
**Applicant's Tracking Number:** USCO-03506

**Copyright Office notes:**   Regarding publication: range of publication dates is 01/01/2017 to 03/31/2017

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-053-420**

**Effective Date of Registration:**
June 06, 2017

## Title

**Title of Work:** Group Registration Photos, John Keatley Published Photographs, 2011, Published Feb. 25, 2011 to Dec. 05, 2011; 465 photos.

**Content Title:** h_14251802, h_14251804, h_14251801, h_14251800, h_14251799, h_14251798, h_14251797, h_14251803 (published February 25, 2011); UW_MG_9208_v10merged, h_14183786, h_14183785, h_14183784, h_14183783, h_14183782, h_14183781, h_14183780, h_14169280, h_14169279, h_14169287, h_14169286, h_14169285, h_14169284, h_14169283, h_14169282, h_14169281, h_14183793, h_14183794, h_14169271, h_14169272, h_14169273, h_14169278, h_14169277, h_14169276, John_Keatley_John_Vechey, h_14169275, h_14183797, h_14169274, JK_Starbucks_A4518024_v2, JK_Starbucks_A4518047_v4, h_14183790, h_14183791, h_14183789, h_14183792, h_14183788, h_14183787 (published March 01, 2011); A4514888_copy, A4514986_copy, A4514993_copy, A4515011_copy, A4515019_copy, A4515044_copy, A4515060_copy, A4515068_copy, A4515070_copy, A4515155_copy, A4515228_copy, _MG_0548_copy, _MG_9574_copy, _MG_9578_copy, _MG_1112_copy, _MG_1307_copy, _MG_1411_copy, _MG_1446_copy, _MG_1523_copy, _MG_1533_copy, _MG_1547_copy, _MG_1561_copy, _MG_1657_copy, _MG_4744_copy, _MG_9579_copy, _MG_9580_copy, _MG_9582_copy, _MG_9584_copy, _MG_9595_copy, _MG_9600_copy, _MG_9660_copy, _MG_9671_copy, _MG_9676_copy, _MG_9679_copy, _MG_0404_copy, _MG_0419_copy, _MG_0442_copy, _MG_0461_copy, _MG_0489_copy, _MG_0527_copy, _MG_0581_copy, _MG_0626_copy, _MG_0634_copy, _MG_9691_copy, _MG_9717_copy, _MG_9722_copy, _MG_9726_copy, _MG_9729_copy, _MG_9730_copy, _MG_9740_copy, _MG_0013_copy, _MG_0020_copy, _MG_0049_copy, _MG_0092_copy, A4514844_copy, A4514885_copy, _MG_9567_copy, _MG_1049_copy, _MG_1042_copy, _MG_0951_copy, _MG_0938_copy, _MG_0930_copy, _MG_0924_copy, _MG_0868_copy, _MG_0859_copy, _MG_0653_copy, _MG_0650_copy, MiiR_MG_6188_v2, John_Keatley_Liberia_4515109_v2, John_Keatley_Liberia_4514983_v3, John_Keatley_Liberia_4514884_v2, John_Keatley_Liberia_4514847_v4, _MG_4750_copy, _MG_4854_copy, _MG_4923_copy, _MG_5436_copy (published March 06, 2011).

_MG_5438_copy, _MG_5457_copy, _MG_5460_copy, _MG_5670_copy, _MG_6252_copy, _MG_9181_copy, _MG_9226_copy, _MG_9263_copy, _MG_9266_copy, _MG_9283_copy, _MG_0391_copy, _MG_0366_copy, _MG_0361_copy, _MG_0349_copy, _MG_0338_copy, _MG_0310_copy, _MG_0306_copy, _MG_0295_copy, _MG_0134_copy, _MG_0107_copy, John_Keatley_Liberia_4514715_v2, John_Keatley_Liberia_4514679_v6, John_Keatley_Liberia_4514608_v2, John_Keatley_Liberia_1620_v2, John_Keatley_Liberia_0612_v3, John_Keatley_Liberia_0411_v3,

JK_Liberia_MG_0656_v1, _MG_9339_copy, _MG_9342_copy, _MG_9400_copy, _MG_9490_copy, _MG_9507_copy, A4514632_copy, A4514639_copy, A4514760_copy, A4514797_copy, _MG_9997_copy, _MG_9977_copy, _MG_9963_copy, _MG_9961_copy, _MG_9957_copy, _MG_9954_copy, _MG_9953_copy, _MG_9952_copy, _MG_9936_copy, _MG_9934_copy, _MG_9916_copy, _MG_9907_copy, _MG_9883_copy, _MG_9877_copy, _MG_9851_copy, _MG_9848_copy, _MG_9847_copy, _MG_9831_copy, _MG_9799_copy, _MG_9774_copy, _MG_9762_copy, _MG_9761_copy, _MG_9746_copy, _MG_5410_copy, _MG_5375_copy, _MG_5314_copy, _MG_5309_copy, _MG_5305_copy, _MG_5282_copy, _MG_5178_copy, _MG_5122_copy, _MG_5110_copy, _MG_5081_copy, _MG_5077_copy, _MG_9510_copy, _MG_9529_copy, _MG_9531_copy, _MG_9536_copy, _MG_9546_copy, _MG_9552_copy, _MG_9563_copy (published March 06, 2011); h_14202086 (published March 10, 2011); h_14184626, h_14184625, h_14200111, h_14200110, h_14200117, h_14200116, h_14200115, h_14200114, h_14200113, h_14200112, h_14188335, h_14188331, h_14188332, h_14188333, h_14188334, h_14188336, h_14188337, h_14188338, h_14200109, MiiR_Waterbeard_Tom_no_logo, MiiR_Waterbeard_Kramer_no_logo, h_14316897, MiiR_Waterbeard_Courtney_no_logo (published March 15, 2011); JK_Traveler_4519372_v2 (published March 16, 2011); h_14230150, h_14230147, h_14230148, h_14230149, h_14230146 (published March 21, 2011); h_14202085 (published March 28, 2011).

20110331_Service_Dog_4521770_FINAL, 20110331_Service_Dog_4521750_v3_crop (published March 31, 2011); h_14229245, h_14229249, h_14229250, h_14229251, h_14229241, h_14229242, h_14229243, h_14229244, h_14229246, h_14229247, h_14229248 (published April 07, 2011); 20110217_Keatley_Store_4518346, 20110217_Keatley_Store_4518311, 20110217_Keatley_Store_4518179, 20110217_Keatley_Store_4518375, A_4518225, 20110217_Keatley_Store_4518149, 20110217_Keatley_Store_4518169 (published April 26, 2011); 20110329_Keatley_Microsoft_Store_0_4521704_v4r5, 20110329_Keatley_Microsoft_Store_0_4521561_v5r5, 20110329_Keatley_Microsoft_Store_0_4521254_v3r5, 20110329_Keatley_Microsoft_Store_0_4521631_v4r5, 20110329_Keatley_Microsoft_Store_0_4521370_v3r5 (published April 27, 2011); h_14462197, h_14462201, h_14462200, h_14462199, h_14462198, h_14462192, h_14462196, h_14462195, h_14462194, h_14462193 (published May 10, 2011); 20110517_Mark_and_Grace_4522978, 20110517_Mark_and_Grace_4523033, 20110517_Mark_and_Grace_4523022, 20110517_Mark_and_Grace_4523025, 20110517_Mark_and_Grace_4523030, 20110517_Mark_and_Grace_4522997, 20110517_Mark_and_Grace_4523034, 20110517_Mark_and_Grace_4523089, 20110517_Mark_and_Grace_4523037, 20110517_Mark_and_Grace_4523000, 20110517_Mark_and_Grace_4523039, 20110517_Mark_and_Grace_4523042, 20110517_Mark_and_Grace_4523043, 20110517_Mark_and_Grace_4523063, 20110517_Mark_and_Grace_4523064, 20110517_Mark_and_Grace_4523076, 20110517_Mark_and_Grace_4523079, 20110517_Mark_and_Grace_4523080, 20110517_Mark_and_Grace_4522995, 20110517_Mark_and_Grace_4523088, 20110517_Mark_and_Grace_4522989, 20110517_Mark_and_Grace_4522983, 20110517_Mark_and_Grace_4522982, 20110517_Mark_and_Grace_4522980, 20110517_Mark_and_Grace_4522979, 20110517_Mark_and_Grace_4522814, 20110517_Mark_and_Grace_4522818, 20110517_Mark_and_Grace_4522819, 20110517_Mark_and_Grace_4522827 (published June 01, 2011).

20110517_Mark_and_Grace_4522828, 20110517_Mark_and_Grace_4522984,

20110517_Mark_and_Grace_4522985, 20110517_Mark_and_Grace_4522829, 20110517_Mark_and_Grace_4522832, 20110517_Mark_and_Grace_4522837, 20110517_Mark_and_Grace_4522965, 20110517_Mark_and_Grace_4522977 (published June 01, 2011); 20110601_Microsoft_Store_4523501, 20110601_Microsoft_Store_4523235, 20110601_Microsoft_Store_4523260, 20110601_Microsoft_Store_4523291, 20110601_Microsoft_Store_4523363, 20110601_Microsoft_Store_4523375, 20110601_Microsoft_Store_4523399, 20110601_Microsoft_Store_4523412, 20110601_Microsoft_Store_4523436, 20110601_Microsoft_Store_4523455, 20110601_Microsoft_Store_4523483, 20110601_Microsoft_Store_4523158, 20110601_Microsoft_Store_4523168, 20110601_Microsoft_Store_4523196, 20110601_Microsoft_Store_4523228, 20110601_Microsoft_Store_4523490, 20110601_Microsoft_Store_4523494, 20110601_Microsoft_Store_4523538, 20110601_Microsoft_Store_4523555 (published June 10, 2011); 20110420_Keatley_Casey_Kostis_9796, JK_A4522619_final, 20110420_Keatley_Casey_Kostis_4522421, 20110420_Keatley_Casey_Kostis_4522407, 20110420_Keatley_Casey_Kostis_4522398, 20110420_Keatley_Casey_Kostis_9825, 20110420_Keatley_Casey_Kostis_9687 (published July 26, 2011); h_14236231, h_14236233, h_14236234, h_14236232 (published August 03, 2011); h_14235157, h_14235155, h_14235156, h_14235158, h_14235154 (published August 04, 2011); h_14259464, h_14259463, h_14259462, h_14259461, h_14259465 (published September 05, 2011); 20110903_Ryan_Henry_Ward_4526296crop, h_14231150, h_14231149, h_14231151 (published September 06, 2011); h_14228138, 20110813_Michelle_Gass_4525384, 20110813_Michelle_Gass_4525388, 20110813_Michelle_Gass_4525398, 20110813_Michelle_Gass_4525443, 20110813_Michelle_Gass_8280, 20110813_Michelle_Gass_8207, h_14228116, h_14228117, h_14228118, h_14228119, h_14228120, h_14228121 (published September 08, 2011).

h_14228122, h_14228123, h_14228124, h_14228125, h_14228126, h_14228127, h_14228128, h_14228129, h_14228130, h_14228131, h_14228132, h_14228133, h_14228134, h_14228135, h_14228136, h_14228137, h_14228139, h_14228140 (published September 08, 2011); 20110908_Ken_Jennings_4526632_v1 (published September 13, 2011); h_14322685, h_14322684, h_14322689, h_14322688, h_14322687, h_14322686 (published September 23, 2011); 20110926_John_McKay_4527052, 20110926_John_McKay_4527103 (published September 26, 2011); 20110624_Ubermind_4523973, 20110624_Ubermind_4523964, 20110624_Ubermind_4523958, 20110624_Ubermind_4523953, 20110624_Ubermind_4523936, 20110624_Ubermind_4523922, 20110624_Ubermind_4524184, 20110624_Ubermind_4524177, 20110624_Ubermind_4524174, 20110624_Ubermind_4524155, 20110624_Ubermind_4524149, 20110624_Ubermind_4524142, 20110624_Ubermind_4524141, 20110624_Ubermind_4524292, 20110624_Ubermind_4524117, 20110624_Ubermind_4524105, 20110624_Ubermind_4524101, 20110624_Ubermind_4524095, 20110624_Ubermind_4524086, 20110624_Ubermind_4524081, 20110624_Ubermind_4524076, 20110624_Ubermind_4524072, 20110624_Ubermind_4524061, 20110624_Ubermind_4524058, 20110624_Ubermind_4524055, 20110624_Ubermind_4524045, 20110624_Ubermind_4524188, 20110624_Ubermind_4524185, 20110624_Ubermind_4524036, 20110624_Ubermind_4524034, 20110624_Ubermind_4523912, 20110624_Ubermind_4523903, 20110624_Ubermind_4523892, 20110624_Ubermind_4523878, 20110624_Ubermind_4524030, 20110624_Ubermind_4524022, 20110624_Ubermind_4524007,

20110624_Ubermind_4524123, 20110624_Ubermind_4524291,
20110624_Ubermind_4524287, 20110624_Ubermind_4524255,
20110624_Ubermind_4524252, 20110624_Ubermind_4524247,
20110624_Ubermind_4524243, 20110624_Ubermind_4524240,
20110624_Ubermind_4523980, 20110624_Ubermind_4524200,
20110624_Ubermind_4524198, 20110624_Ubermind_4523992,
20110624_Ubermind_4524364 (published September 27, 2011).

20110624_Ubermind_4524351, 20110624_Ubermind_4524335,
20110624_Ubermind_4524330, 20110624_Ubermind_4524327,
20110624_Ubermind_4524321, 20110624_Ubermind_4524316,
20110624_Ubermind_4524195, 20110624_Ubermind_4524311,
20110624_Ubermind_4524298, 20110624_Ubermind_4524002,
20110202_Keatley_Ubermind_4516203,
20110202_Keatley_Ubermind_4516174, 20110624_Ubermind_4524236,
20110624_Ubermind_4524229, 20110624_Ubermind_4524219,
20110624_Ubermind_4524212, 20110624_Ubermind_4524209 (published
September 27, 2011); h_14228111, h_14228114, h_14228113, h_14228112,
h_14228110, h_14228108, h_14228109, h_14228115 (published October 02,
2011); Becker_A4528899_FINAL (published November 18, 2011);
20111019_Nature_Conservancy_4527712_FINAL,
20111019_Nature_Conservancy_4527777_FINAL,
20111019_Nature_Conservancy_4527547_FINAL (published November 22,
2011); Keatley_xmas_2011_FINAL-NATIVE-RGB (published December 05,
2011).

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 25, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** John Keatley
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** John Keatley
4701 SW Admiral Way #183, Seattle, WA, 98116, United States

## Rights and Permissions

**Name:** John Keatley
**Email:** nichelle@keatleyphoto.com
**Telephone:** (206)683-9121

     **Address:** 4701 SW Admiral Way #183
          Seattle, WA, 98116  United States

## Certification

        **Name:** Joe G. Naylor
        **Date:** June 06, 2017
**Applicant's Tracking Number:** USCO-03661