# EXHIBIT C

## Launched in July 2020



















